# Order

Michigan Supreme Court
Lansing, Michigan

July 20, 2011

142378

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DENIS GAVIN GRANT,
      Defendant-Appellant.

SC: 142378
COA: 300556
Saginaw CC: 08-031561-FH

_____/

On order of the Court, the application for leave to appeal the November 17, 2010 order of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Likine* (Docket No. 141154), *People v Parks* (Docket No. 141181), and *People v Harris* (Docket No. 141513) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 20, 2011

Clerk

p0713